## HARVEY V. LOUISVILLE & NASHVILLE R. R. CO.
### (Decided November 26, 1913.)

APPEAL from Blount Circuit Court.

Heard before Hon. A. H. ALSTON.

GEORGE W. DARDEN, for appellant. WARD & WEAVER, for appellee.

Per curiam. Appeal dismissed.

---

## HOFFMAN V. MARSH HABERDASHER CO.
### (Decided November 13, 1913.)

APPEAL from Mobile Circuit Court.

Heard before Hon. SAMUEL B. BROWNE.

No counsel marked for appellant. SULLIVAN & STALL-WORTH, for appellee.

Per curiam. Affirmed on certificate.

---

## JACKSON V. THE STATE.
### (Decided May 19, 1914.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. R. C. BRICKELL,. Attorney General, and T. H. SEAY, Assistant Attorney General, for the State.

THOMAS, J.—No error. Affirmed.

---

## JOHNSON V. THE STATE.
### (Decided June 5, 1913.)

APPEAL from Lauderdale Circuit Court.

Heard before Hon. C. P. ALMON.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, and W. L. MARTIN, Assistant Attorney General, for the State.

THOMAS, J.—The bill of exceptions stricken because not filed in time, and cause affirmed.